## Commonwealth *v.* McNeil, Appellant.

Submitted June 14, 1971. *Lee Mandell,* and *Charleston, Bartolomeo & Fenerty,* for appellant: *Peter A. Levin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District At-

728

torncy, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.